STATE v. MOSES·

No. 254 PC.

Case below: 52 N.C. App. 412.

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 July 1981.

STATE v. PARKER

No. 196 PC.

Case below: 51 N.C. App. 711.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 July 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 July 1981.

STATE v. ROBERTS

No. 176 PC.

Case below: 51 N.C. App. 221.

Application by defendant for further review denied 8 July 1981.

STATE v. SMITH

No. 190 PC.

Case below: 49 N.C. App. 546.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 8 July 1981.

STATE v. SNOWDEN

No. 186 PC.

Case below: 51 N.C. App. 511.

Petition by defendant Boggs for discretionary review under G.S. 7A-31 denied 8 July 1981.